**STERNS & WEINROTH,**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
Telephone: 609-989-5012
Facsimile:  609-392-7956
Attorneys for Defendant BEUMER Corporation

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLSMIDTH WADGASSEN GMBH,<br><br>             Plaintiff,<br><br>     v.<br><br>BEUMER MASCHINENFABRIK GMBH, KOCH MATERIAL HANDLING GMBH, KOCH HOLDING A.S., and BEUMER CORPORATION,<br><br>             Defendants. | : **DOCUMENT FILED**<br>: **ELECTRONICALLY**<br>:<br>: Civil Action No. 11-cv-7495 (FLW) (DEA)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### Fed. R. Civ. P., RULE 7.1 DISCLOSURE STATEMENT OF
### <u>DEFENDANT BEUMER CORPORATION</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Beumer Corp. makes the following disclosure statement:

BEUMER Corp. is wholly-owned by BEUMER Beteiligungsgesellschaft mbH, which is wholly-owned by Beumer Group GmbH & Co. KG.

BEUMER Group GmbH & Co. KG is wholly-owned by BEUMER GmbH & Co. KG.

Beumer GmbH & Co. KG is not a publicly traded company.

Dated: February 16, 2012           By: /s/ Karen A. Confoy
                                                       Karen A. Confoy, Esq.
                                                       kconfoy@sternslaw.com

                                                       **STERNS & WEINROTH,**
                                                       A Professional Corporation
                                                       50 West State Street, Suite 1400
                                                       Trenton, New Jersey 08607-1298
                                                       Telephone:  609-989-5012
                                                       Facsimile:   609-392-7956
                                                       Attorneys for Defendant BEUMER Corporation