**STERNS & WEINROTH,**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
Telephone: 609-989-5012
Facsimile: 609-392-7956
Attorneys for Defendant BEUMER Corporation

RECEIVED
FEB 17 2012
AT 8:30
WILLIAM T. WALSH — M
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLSMIDTH WADGASSEN GMBH,<br><br>Plaintiff,<br><br>v.<br><br>BEUMER MASCHINENFABRIK GMBH, KOCH MATERIAL HANDLING GMBH, KOCH HOLDING A.S., and BEUMER CORPORATION,<br><br>Defendants. | DOCUMENT FILED ELECTRONICALLY<br><br>Civil Action No. 11-cv-7495 (FLW) (DEA) |

### ORDER ON CONSENT GRANTING KELLY L. MORRON, ESQ. AND THOMAS P. BATTISTONI, ESQ. PRO HAC VICE ADMISSION FOR DEFENDANT BEUMER CORPORATION

The above matter having been opened to the Court by Sterns & Weinroth, A Professional Corporation, attorneys for Defendant Beumer Corporation ("Beumer"), for entry of an Order granting the admission pro hac vice of Kelly L. Morron, Esq. and Thomas P. Battistoni, Esq., of the law firm of Schiff Hardin LLP, on notice to, and with the consent of Plaintiff, through counsel, Law Offices of Joshua Graubart, P.C., and the Court having considered the application, and for good cause shown;

IT IS on this 17th day of February, 2012;

**ORDERED** that Kelly L. Morron, Esq., a member in good standing of the Bar of the State of New York and the Bar of the District of Columbia, is hereby admitted pro hac vice to

appear and participate as co-counsel for Beumer in this matter pursuant to L.Civ.R. 101.1 of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that Thomas P. Battistoni, Esq., a member in good standing of the Bar of the State of Illinois and the Bar of the State of New York, is hereby admitted pro hac vice to appear and participate as co-counsel for Beumer in this matter pursuant to L.Civ.R. 101.1 of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that pursuant to L.Civ.R. 101.1 (c) (2) and (3), Kelly L. Morron, Esq. and Thomas P. Battistoni, Esq., shall each pay the annual fee to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), within twenty (20) days from the date of entry of this Order, enclosing with payment a completed Form PHV, and shall each make payment to the Clerk, United States District Court in the amount of one hundred and fifty dollars ($150.00); and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Sterns & Weinroth, A Professional Corporation, attorneys of record for Beumer, who shall be held responsible for said papers and the conduct of the cause and who shall be present in Court during all stages of this proceeding, unless expressly excused by the Court, as well as to be held responsible for the conduct of the admitted attorney herein; and

**IT IS FURTHER ORDERED** that Kelly L. Morron, Esq. and Thomas P. Battistoni, Esq., shall each be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and

**IT IS FURTHER ORDERED** that Kelly L. Morron, Esq. and Thomas P. Battistoni, Esq., shall each be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and

**IT IS FURTHER ORDERED** that New Jersey local counsel shall provide Kelly L. Morron, Esq. and Thomas P. Battistoni, Esq. with a copy of Appendix R to the Local Civil Rules for the District of New Jersey.

---
Hon. Douglas E. Arpert, U.S.M.J.

—Unopposed/Consent