

Joshua G. Graubart
t: (646) 781-9321
f: (646) 224-8088
e: jggraubart@graubartlaw.com

February 17, 2012

**VIA ECF**

William T. Walsh, Clerk of the Court
Clarkson S. Fisher Building
    & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:    FLSmidth Wadgassen GmbH. v. Beumer Maschinenfabrik GmbH, et al.
        3:11-cv-07495 (FLW) (DEA)

Dear Mr. Walsh:

    This firm represents the plaintiff, FLSmidth Wadgassen GmbH, in the above-referenced matter.

    Please accept this letter requesting that the date of hearing the pending Motion to Dismiss (Docket No. 13) in the above-referenced matter be adjourned to the next motion day, April 2, 2012, pursuant to Local Civil Rule 7.1(d)(5).

                            Very truly yours,

                            Joshua G. Graubart

cc: Christopher Paul Midura (cmidura@sternslaw.com by ECF)
    Erica Susan Helms (ehelms@sternslaw.com, swecf@sternslaw.com by ECF)
    Karen A. Confoy (kconfoy@sternslaw.com, kaconfoy@hotmail.com by ECF)
    Kelly L. Morron (kmorron@schiffhardin.com and by first-class mail)
    Thomas P. Battistoni (tbattistoni@schiffhardin.com and by first-class mail)