**STERNS & WEINROTH,**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
Telephone: 609-989-5012
Facsimile:  609-392-7956
Attorneys for Defendant BEUMER Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLSMIDTH WADGASSEN GMBH, | : **DOCUMENT FILED** <br> : **ELECTRONICALLY** <br> : <br> : Civil Action No. 11-cv-7495 (FLW) (DEA) |
| Plaintiff, | |
| v. | |
| BEUMER MASCHINENFABRIK GMBH, KOCH MATERIAL HANDLING GMBH, KOCH HOLDING A.S., and BEUMER CORPORATION, | |
| Defendants. | |

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a request to appear and participate pro hac vice in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                **STERNS & WEINROTH, P.C.**
                                Attorneys for Defendant BEUMER Corporation

Dated: February 17, 2012          By: /s/ Karen A. Confoy
                                         Karen A. Confoy
                                         kconfoy@sternslaw.com

**PRO HAC VICE ATTORNEY INFORMATION:**

Kelly L. Morron, Esq.
Schiff Hardin, LLP
666 Fifth Ave, 17th Floor
New York, NY 10103
KMorron@schiffhardin.com