**STERNS & WEINROTH,**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
Telephone:  609-989-5012
Facsimile:   609-392-7956
Attorneys for Defendant BEUMER Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLSMIDTH WADGASSEN GMBH, | : **DOCUMENT FILED** <br> : **ELECTRONICALLY** <br> : <br> : Civil Action No. 11-cv-7495 (FLW) (DEA) |
| Plaintiff, | |
| v. | |
| BEUMER MASCHINENFABRIK GMBH, KOCH MATERIAL HANDLING GMBH, KOCH HOLDING A.S., and BEUMER CORPORATION, | |
| Defendants. | |

## REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a request to appear and participate pro hac vice in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                **STERNS & WEINROTH, P.C.**
                                Attorneys for Defendant BEUMER Corporation

Dated: February 17, 2012         By: /s/ Karen A. Confoy
                                      Karen A. Confoy
                                      kconfoy@sternslaw.com

**PRO HAC VICE ATTORNEY INFORMATION:**

Thomas P. Battistoni, Esq.
Schiff Hardin, LLP
666 Fifth Ave, 17th Floor
New York, NY 10103
tbattistoni@schiffhardin.com