WINSLETT STUDNICKY MCCORMICK & BOMSER LLP
Joshua G. Graubart
6 E. 39th Street, 6th Floor
New York, NY  10016
Tel: (646) 781-9321
Fax: (646) 224-8088
jggraubart@graubartlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLSMIDTH WADGASSEN GMBH,<br><br>    Plaintiff,<br><br>  v.<br><br>BEUMER MASCHINENFABRIK GMBH, KOCH MATERIAL HANDLING GMBH, KOCH HOLDING A.S., and BEUMER CORPORATION,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 11-cv-7495 (FLW) (DEA) |

**[PROPOSED] ORDER GRANTING BEUMER CORPORATION'S MOTION TO DISMISS THE COMPLAINT OF FLSMIDTH WADGASSEN GMBH**

**THIS MATTER**, having been opened to the Court by Defendant Beumer Corporation, through counsel, for an entry of an Order Granting Beumer Corporation's Motion pursuant to Federal Rules of Civil Procedure 12(b)(1) and

(b)(6) to Dismiss the Complaint of FLSmidth Wadgassen GmbH ("Motion"), and Plaintiff, through counsel, having been heard in Opposition to the Motion, and the Court having considered the submissions in support of and in opposition to the Motion,

    **IT IS** on this _____ day of _____, 2012

**ORDERED** that Beumer Corporation's Motion to Dismiss the Complaint of Plaintiff FLSmidth Wadgassen GmbH pursant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) be and hereby is **DENIED**.

                                                                                         _____
                                                                                         Hon. Freda L. Wolfson, U.S.D.J.