IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLSMIDTH WADGASSEN GMBH,<br><br>Plaintiff,<br><br>v.<br><br>BEUMER MASCHINENFABRIK GMBH, KOCH MATERIAL HANDLING GMBH, KOCH HOLDING A.S., and BEUMER CORPORATION,<br><br>Defendants | Civil Action No.<br>3:11-cv-07495 (FLW) (DEA)<br><br>[~~PROPOSED~~] ORDER ADMITTING JOHN V. PICONE III, JENNIFER COLEMAN, AND EUGENE ASHLEY TO APPEAR *PRO HAC VICE* |

RECEIVED
APR - 2 2012
AT 8:30 _____
WILLIAM T. WALSH

This matter having been presented to the Court by the Winslett Studnicky McCormick & Bomser, LLP, counsel for Plaintiff, for an Order allowing the appearance *pro hac vice* of John V. Picone III, Jennifer Coleman, and Eugene Ashley in the above-captioned matter; and the matter having been brought to the notice of, and consented to by Defendant Beumer Corporation, through counsel, Sterns & Weinroth; and the Court having reviewed the motion papers; and for good cause having been shown;

IT IS on this 2nd day of April, 2012:

**ORDERED**, that John V. Picone III, Jennifer Coleman, and Eugene Ashley, members of the bar of the State of California, are hereby admitted *pro hac vice* in the above-captioned matter; and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney affiliated with Winslett Studnicky McCormick & Bomser LLP, attorneys of record for Plaintiff, and regularly admitted to practice before this Court; and it is further

**ORDERED** that, pursuant to Local Rule 101.1(c), John V. Picone III, Jennifer Coleman, and Eugene Ashley shall each within twenty (20) days of the entry date of this Order make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2; and it is further

**ORDERED** that pursuant to L. Civ. R. 101.1(c) (3), John V. Picone III, Jennifer Coleman, and Eugene Ashley shall each within twenty (20) days of the entry date of this Order make a payment of $150.00, payable to the Clerk, United States District Court; and it is further

**ORDERED** that John V. Picone III, Jennifer Coleman, and Eugene Ashley shall each be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions L. Civ. R. 103.1 (Judicial Ethics and Professional Responsibility), and Local Rule 104.1 (Discipline of Attorneys); and it is further

**ORDERED** that pursuant to L. Civ. R. 101.1(c)(4) John V. Picone III, Jennifer Coleman, and Eugene Ashley shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Hon. Douglas Arpert, U.S.M.J.

— unopposed/consent

3