**STERNS & WEINROTH,**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607
Telephone: (609) 392-2100
Facsimile: (609) 392-7956

*Attorneys for Defendants Beumer Maschinenfabrik GmbH, Koch Material Handling GmbH and Koch Holding A.S.*

RECEIVED
MAY - 2 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLSMIDTH WADGASSEN GMBH, | Civil Action No. 11-cv-7495 (FLW) (DEA) |
| Plaintiff, | **DOCUMENT FILED ELECTRONICALLY** |
| v. | |
| BEUMER MASCHINENFABRIK GMBH, KOCH MATERIAL HANDLING GMBH, KOCH HOLDING A.S., and BEUMER CORPORATION, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO BEUMER MASCHINENFABRIK GMBH, KOCH MATERIAL HANDLING GMBH AND KOCH HOLDING A.S.** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** pursuant to F.R.C.P. 41(a)(1)(A)(ii), by and between the undersigned counsel for FLSmidth Wadgassen GmbH and Beumer Maschinenfabrik GmbH ("BMG"), Koch Material Handling GmbH ("Koch Material") and Koch Holding A.S. ("Koch Holding"), that this action is settled and dismissed without prejudice as

against BMG, Koch Material and Koch Holding, and that each party shall bear its own fees, costs and expenses incurred in this action.

| | |
|---|---|
| **STERNS & WEINROTH, P.C.**<br>*Attorneys for Defendants*<br>*Beumer Maschinenfabrik GmbH,*<br>*Koch Material Handling GmbH*<br>*and Koch Holding A.S.* | **WINSLETT STUDNICKY MCCORMICK**<br>**& BOMSER LLP**<br>*Attorneys for Plaintiff* |
| By: *[signature]*<br>Karen A. Confoy<br>Erica S. Helms | By: *[signature]*<br>Joshua Graubart |
| Dated: 5/1/12 | Dated: 5/1/2012 |
| OF COUNSEL:<br>Thomas P. Battistoni<br>Kelly L. Morron<br>**SCHIFF HARDIN LLP**<br>666 Fifth Avenue<br>New York, NY 10103<br>(212) 753-5000<br>*Attorneys for Defendants*<br>*Beumer Maschinenfabrik GmbH,*<br>*Koch Material Handling GmbH*<br>*and Koch Holding A.S.* | OF COUNSEL:<br>John V. Picone III<br>Eugene Ashley<br>Jennifer S. Coleman<br>**HOPKINS & CARLEY**<br>70 South First Street<br>San Jose, CA 95113<br>(408) 286-9800<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

*[signature]*
FREDA L. WOLFSON, U.S.D.J.

2