RECEIVED
MAY -2 2012
AT 8:30_____
WILLIAM T. WALSH
CLERK

**STERNS & WEINROTH,**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Defendant Beumer Corporation*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLSMIDTH WADGASSEN GMBH, | : Civil Action No. 11-cv-7495 (FLW) (DEA) |
| Plaintiff, | : **DOCUMENT FILED ELECTRONICALLY** |
| v. | : |
| BEUMER MASCHINENFABRIK GMBH, KOCH MATERIAL HANDLING GMBH, KOCH HOLDING A.S., and BEUMER CORPORATION, | : **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BEUMER CORPORATION** |
| Defendants. | : |

**IT IS HEREBY STIPULATED AND AGREED** pursuant to F.R.C.P. 41(a)(1)(A)(ii), by and between the undersigned counsel for FLSmidth Wadgassen GmbH and Beumer Corporation, that this action is settled and dismissed with prejudice as against Beumer

Corporation, and that each party shall bear its own fees, costs and expenses incurred in this action.

| | |
|---|---|
| **STERNS & WEINROTH, P.C.**<br>*Attorneys for Defendant Beumer Corporation* | **WINSLETT STUDNICKY MCCORMICK & BOMSER LLP**<br>*Attorneys for Plaintiff* |
| By: *[signature]*<br>Karen A. Confoy<br>Erica S. Helms | By: *[signature]*<br>Joshua Graubart |
| Dated: 5/1/12 | Dated: 5/1/2012 |
| OF COUNSEL:<br>Thomas P. Battistoni<br>Kelly L. Morron<br>**SCHIFF HARDIN LLP**<br>666 Fifth Avenue<br>New York, NY 10103<br>(212) 753-5000<br>*Attorneys for Defendant Beumer Corporation* | OF COUNSEL:<br>John V. Picone III<br>Eugene Ashley<br>Jennifer S. Coleman<br>**HOPKINS & CARLEY**<br>70 South First Street<br>San Jose, CA 95113<br>(408) 286-9800<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.

2